FILED

AUG - 8 2007

U.S. DISTRICT COURT
WHEELING, WV 26003

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JUNE B. MICHAEL, et al

      Plaintiffs,

v.                                  Civil Action No. 3:05-CV-125

R. JAMES NICHOLSON, SECRETARY
OF THE DEPARTMENT OF
VETERANS AFFAIRS,

      Defendant.

## ORDER

On this day, the Defendant moved the Court for an enlargement of time within which

dispositive motions, responses, and replies must be filed herein and it appearing to the Court that

good cause exists for said Motion, it is hereby

ORDERED that the due date for dispositive motions herein be extended and enlarged up

to and including August 17, 2007; that the date by which responses to said motion must be filed,

is hereby extended and enlarged up to and including August 31, 2007; and that the due date for

replies thereto be set as Friday, September 7, 2007.

DATED:     *8.8.2007*

JOHN P. BAILEY
UNITED STATES DISTRICT JUDGE