IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JUNE B. MICHAEL, et al.,

    Plaintiffs,

vs.                               Civil Action No. 3:05-CV-125

R. JAMES NICHOLSON,
SECRETARY OF THE DEPARTMENT
OF VETERANS AFFAIRS,

    Defendant.

## ORDER

On this day the Defendant moved for an extension of time within which to file its dispositive motions. It appearing to the Court that good cause exists for said Motion, it is hereby

**ORDERED** that the time within which the Defendant may file its dispositive motions be extended and enlarged up to and including August 20, 2007.

It is accordingly further

**ORDERED** that <u>Responses</u> to dispositive motions be filed on or before Monday, September 3, 2007, and that <u>Replies</u> be filed on or before Monday, September 10, 2007.

DATED: 8-22-2007

                                        JOHN P. BAILEY
                                        UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
FILED AT WHEELING, WV
AUG 22 2007
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK