IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JUNE B. MICHAEL, et al,

    Plaintiffs,

v.                                                 CIVIL ACTION NO. 3:05-CV-125

R. JAMES NICHOLSON, SECRETARY
OF THE DEPARTMENT OF
VETERANS AFFAIRS,

    Defendant.

## ORDER

The defendant, having moved the Court, pursuant to the E-Government Act of 2002, to file unredacted documents under seal herein, more specifically Exhibits 1 through 9, in support of <u>Defendant's Memorandum in Support of Defendant's Motion for Summary Judgment</u>, and having lodged the same with the Clerk of this Court in a sealed envelope, pending a ruling thereon by the Court, and it appearing to the Court that good cause and sufficient grounds exist for the defendant's Motion, it is accordingly

**ORDERED** that Exhibits 1 through 9, as set forth and identified in Defendant's Motion and currently lodged with the Clerk of this Court, be filed under seal by the Clerk to be retained by the Court as part of the record herein.

DATE: 8-22-2007

                                          JOHN P. BAILEY
                                          UNITED STATES DISTRICT JUDGE