IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JUNE B. MICHAEL, et al,

    Plaintiffs,

v.                               CIVIL ACTION NO. 3:05-CV-125

R. JAMES NICHOLSON, SECRETARY
OF THE DEPARTMENT OF
VETERANS AFFAIRS,

    Defendant.

## ORDER

Upon consideration of the federal Defendant's Motion to File Brief in Excess of Page Limit, and for good cause shown therein, it is hereby accordingly

**ORDERED** that the federal Defendant's Memorandum of Law in Support of his Motion for Summary Judgment may exceed the twenty page limitation set forth in L.R.Civ.P. 7.0(a).

Date: 8-22-2007

JOHN P. BAILEY
UNITED STATES DISTRICT JUDGE