IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

JUNE B. MICHAEL, et al

    Plaintiffs,

v.                             Civil Action No. 3:05-CV-125

R. JAMES NICHOLSON, SECRETARY
OF THE DEPARTMENT OF
VETERANS AFFAIRS,

    Defendant.

## ORDER

After due consideration of the record herein, the Court finds that good cause exists to stay the deadlines currently in effect under its most recent Scheduling Order, entered herein on April 4, 2007 [Doc. 21], and thereafter amended in part by the Order entered August 22, 2007 [Doc. 46], which extended and enlarged the time for filing dispositive motions, responses, and replies thereto. It is accordingly

**ORDERED** that the deadlines currently in effect, beginning with the August 22, 2007, deadline for submission of the joint pretrial order and continuing up to and including the trial date of September 25, 2007, are hereby stayed pending the entry of a new revised scheduling order herein. As the parties were previously scheduled to appear before the Court on Tuesday, September 4, 2007, at 10:30 a.m., for a final pretrial conference, it is further

**ORDERED** that the parties appear at said time for a scheduling and status conference, to be conducted by the Court in place of the previously scheduled pretrial conference, and at which time the Court will review the record herein with the parties and enter a revised scheduling order.

It is so **ORDERED**.

**DATED:** August 30, 2007.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE