U.S. DISTRICT COURT
FILED AT WHEELING, WV

OCT - 4 2007

NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JUNE B. MICHAEL, et al

    Plaintiffs,

v.	CIVIL ACTION NO. 3:05-CV-125

R. JAMES NICHOLSON, SECRETARY
OF THE DEPARTMENT OF
VETERANS AFFAIRS

    Defendant.

## ORDER

Upon consideration of the federal defendant's Motion to Enlarge Time, and for good cause shown therein, it is hereby accordingly

**ORDERED** that the time within which Defendant may file its Reply to the Plaintiffs' Response to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment be extended and enlarged up to and including the 5th day of October, 2007.

Date: 10-4-2007

UNITED STATES DISTRICT JUDGE