U.S. DISTRICT COURT
FILED AT WHEELING, WV

OCT 2 9 2007

NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JUNE B. MICHAEL, et al,

    **Plaintiffs,**

v.                                      CIVIL ACTION NO. 3:05-CV-125

R. JAMES NICHOLSON, SECRETARY
OF THE DEPARTMENT OF
VETERANS AFFAIRS,

    **Defendant.**

## ORDER

Upon consideration of the Defendant's <u>Motion for Leave to File Memorandum in Excess of Page Limitations</u>, and for good cause shown therein, it is hereby accordingly

**ORDERED** that the federal Defendant's <u>Reply Memorandum</u> may exceed the fifteen page limitation set forth in L.R.Civ.P. 7.02(b).

Date: 10-29-2007

                                       JOHN P. BAILEY
                                       UNITED STATES DISTRICT JUDGE