IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JUNE B. MICHAEL, et al

        Plaintiffs,

v.                                                  CIVIL ACTION NO. 3:05-CV-125

R. JAMES NICHOLSON, SECRETARY
OF THE DEPARTMENT OF
VETERANS AFFAIRS

        Defendant.

## ORDER

Upon consideration of the Defendant's Motion to Enlarge Time, and for good cause shown therein, it is hereby accordingly

**ORDERED** that the time within which the Defendant may file his Reply to the Plaintiffs' Memorandum in Response to Defendant's Motion for Summary Judgment be extended and enlarged up to and including the 26th day of October, 2007.

Date: 10-29-2007

UNITED STATES DISTRICT JUDGE